# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:07CR106** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RAFAEL JIMINEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Rafael Jiminez (Jiminez) for an extension of time to file pretrial motions (Filing No. 16). Jiminez's counsel has informed the court that the motion is no longer necessary. Accordingly, the motion (Filing No. 16) is denied as moot.

**IT IS SO ORDERED.**

DATED this 6th day of April, 2007.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge