# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR106 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| RAFAEL JIMINEZ, | ) | |
| Defendant. | ) | |

For the reasons stated in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. The Court completed the initial review of Rafael Jiminez's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 60;

2. The claims presented in the Defendant's Motion are summarily dismissed and the Motion, ECF No. 60, is denied; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 12th day of April, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge